UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| PATTI J. PRUSAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cv-47 |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| and SAFECO INSURANCE COMPANY OF | ) | |
| INDIANA, | ) | |
| | ) | |
| Defendants. | | |

## ENTRY ORDER

Following a status conference on September 17, 2021, the court orders as follows:

1. This case is trial ready. The attorneys estimate that it will take two days, including jury selection. The parties are considering a bench trial by zoom on liability (if necessary) and damages. Plaintiff's counsel will advise the court within 30 days whether a bench trial is acceptable to all parties. Plaintiff's counsel will also advise whether the parties intend to stipulate to the tortfeasor's negligence in causing the motor vehicle accident.

2. If the case remains set for jury trial, the court will schedule a two-day trial in the late winter or spring of 2022.

3. The parties agree that Allstate is the primary UIM insurer and that Safeco is second. Any remaining dispute about coverage is reserved for decision after the trial on damages.

4. Discovery is complete except for plaintiff's obligation to supplement the disclosure of medical information, including records and bills. Plaintiff shall provide a complete update not later than January 1, 2022.

Dated at Burlington, in the District of Vermont, this 17th day of September, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court